# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

IN RE:                                                                 Case No. 09-60234-PJS
                                                                                 Chapter 13
                                                                                 Hon. PHILLIP J. SHEFFERLY

       MARVIN and PATRICIA PASHUKEWICH
                        Debtors.
_____/

TAMARA A. WHITE (P57276)
Attorney for Creditor
bankruptcy@holzmanlaw.com
28366 Franklin Road
Southfield, MI 48034
(248) 352-4340

JAMES C. WARR (P47001)
Attorney for Debtor
24500 Northwestern Hwy Ste.205
Southfield, MI 48075
248/357-5860
_____/

## MOTION TO COMPEL PRODUCTION OF DEBTORS'
## 2008 FEDERAL TAX DOCUMENTS

NOW COMES PARAMOUNT BANK, by and through its attorneys, HOLZMAN, RITTER & CORKERY, PLLC, and for its Motion says as follows:

1.     That on or about June 29, 2009, the Debtors filed a Voluntary Petition for Relief pursuant to 11 U.S.C. Chapter 13.

2.     At the time of said filing, the Debtors were indebted to PARAMOUNT BANK in the amount of $91,025.72 and in the amount of $42,879.37, both debts being secured by a duly recorded first and second mortgage interests in real property located at 305 Roe, Plymouth, MI (copies of the loan documents are attached).

3.     Pursuant to 11 U.S.C. 521(e)(2), upon request of a creditor, the debtor must produce a copy of the most recent tax return for the tax year ending prior to the

commencement of the case. Debtor is to produce a copy of said document to the Creditor when the debtor provides them to the Chapter 13 Trustee.

4. On July 31, 2009, Creditor sent a written request to Debtors' counsel wherein she requested a copy of the Debtors' 2008 federal income tax return.

5. That Creditor has not received a copy of the requested documents.

6. That Creditor attended the section 341 First Meeting of Creditors hearing scheduled on August 7, 2009, and Creditor reiterated its request for said tax records at said hearing.

7. That Debtors have again failed to produce the requested information.

8. Upon information and belief the 2008 federal tax returns were provided to the Chapter 13 Trustee.

9. That failure for Debtors to produce the requested documents within the allotted time is cause for dismissal under 11 U.S.C. 521.

10. That a proposed Order is attached hereto as Exhibit A.

WHEREFORE, PARAMOUNT BANK requests this Court to enter an order directing Debtors to produce copies of their 2008 federal income tax returns to Creditor within seven (7) days of the entry of the Order or the case shall be dismissed upon Creditor's affidavit of non-compliance.

Dated: 08/17/09  HOLZMAN, RITTER & CORKERY, PLLC

By: /S/ TAMARA A. WHITE (P57276)
Attorney for Creditor
bankruptcy@holzmanlaw.com
28366 Franklin Road
Southfield, MI 48034
(248) 352-4340

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN RE: | Case No. 09-60234-PJS<br>Chapter 13<br>Hon. PHILLIP J. SHEFFERLY |

      MARVIN and PATRICIA PASHUKEWICH
                        Debtors.
_____/
TAMARA A. WHITE (P57276)
Attorney for Creditor
bankruptcy@holzmanlaw.com
28366 Franklin Road
Southfield, MI 48034
(248) 352-4340

JAMES C. WARR (P47001)
Attorney for Debtor
24500 Northwestern Hwy Ste.205
Southfield, MI 48075
248/357-5860
_____/

## ORDERCOMPELLING PRODUCTION OF DEBTORS' 2008 FEDERAL INCOME TAX DOCUMENTS

      PARAMOUNT BANK filed and served a Motion to Compell Production of Debtors' 2008 Federal Income Tax Returns upon the Trustee, Debtor and Debtor's counsel pursuant to LBR 9014-1 (EDM). A hearing having been held or no objections to the motion were timely filed and served and a Certificate of No Response has been submitted. It appears to this Court that the COMMUNITY FINANCIAL MEMBERS CREDIT UNION holds two (2) duly perfected security interests in real property located at 305 Roe, Plymouth, MI . That pursuant to 11 USC 521, Creditor is entitled to a copy of the Debtors' 2008 Federal income tax documents.

      IT IS HEREBY ORDERED:

      1.     Creditor's motion is granted.

      2.     The debtors shall prodcue to Creditor within seven (7) days of the entry of this

Order, a copy of their 2008 Federal income tax documents. If Debtors fail to prodcue the requisit documents within the allotted time, the pending Chapter 13 Proceeding shall be dismissed upon Creditor affidavit of non-compliance.

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

IN RE:  Case No. 09-60234-PJS
  Chapter 13
  Hon. PHILLIP J. SHEFFERLY

    MARVIN and PATRICIA PASHUKEWICH
               Debtors.
_____/

TAMARA A. WHITE (P57276)
Attorney for Creditor
bankruptcy@holzmanlaw.com
28366 Franklin Road
Southfield, MI 48034
(248) 352-4340

JAMES C. WARR (P47001)
Attorney for Debtor
24500 Northwestern Hwy Ste.205
Southfield, MI 48075
248/357-5860
_____/

### NOTICE OF MOTION TO COMPEL PRODUCTION OF DEBTORS' 2008 FEDERAL INCOME TAX DOCUMENTS

    PARAMOUNT BANK has filed papers with the court to compel production of the debtors 2008 Federal income tax documents.

    **Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

    If you do not want the court to terminate the automatic stay, or if you want the court to consider your views on the motion, within 15 days, you or your attorney must:

    1.    File with the court a written response or an answer, explaining your position at:

        United States Bankruptcy Court
        211 West Fort Street
        Detroit, MI 48226

    If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

    You must also mail a copy to:

TAMARA A. WHITE
HOLZMAN, RITTER & CORKERY, PLLC
bankruptcy@holzmanlaw.com
28366 Franklin Road
Southfield, MI 48034
248-352-4340

2. If a response or answer is timely filed and served, the clerk will schedule a hearing on the motion and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.**

Dated: 08/17/09  HOLZMAN, RITTER & CORKERY, PLLC

By: /S/ TAMARA A. WHITE (P57276)
Attorney for Creditor
bankruptcy@holzmanlaw.com
28366 Franklin Road
Southfield, MI 48034
(248) 352-4340

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

IN RE: Case No. 09-60234-PJS
Chapter 13
Hon. PHILLIP J. SHEFFERLY

MARVIN and PATRICIA PASHUKEWICH
                    Debtors.
_____/

TAMARA A. WHITE (P57276)
Attorney for Creditor
bankruptcy@holzmanlaw.com
28366 Franklin Road
Southfield, MI 48034
(248) 352-4340

JAMES C. WARR (P47001)
Attorney for Debtor
24500 Northwestern Hwy Ste.205
Southfield, MI 48075
248/357-5860
_____/

## PROOF OF SERVICE

Katie G. Hyden, hereby certifies that on 08/17/09 she served a copy of the following documents:

- **Motion to Compel 2008 Federal Tax Documents**
- **Proposed Order**
- **Notice of Motion**
- **Proof of Service**

Upon via ECF Filing:

Chapter 13 Standing Trustee, Krispen Carroll; and James C. Warr, Esq.

Via: First Class Mail

Marvin and Patricia Pashukewich; 3942 Stark Lane, Ypsilanti, MI 48197

Dated: 08/17/09          /S/ Katie G. Hyden for
                                   Holzman, Ritter & Corkery, PLLC
                                   bankruptcy@holzmanlaw.com
                                   28366 Franklin Road
                                   Southfield, MI  48034
                                   (248) 352-4340