IN RE:                                                             Case No. 09-60234-PJS
                                                              Chapter 13
                                                              Hon.PHILLIP J. SHEFFERLY

           MARVIN E. PASHUKEWICH
                                 Debtor.
_____/

TAMARA A. WHITE (P57276)
Attorney for Creditor
bankruptcy@holzmanlaw.com
28366 Franklin Road
Southfield, MI 48034
(248) 352-4340

JAMES C. WARR (P47001)
Attorney for Debtor
24500 Northwestern Hwy Ste.205
Southfield, MI 48075
248/357-5860
_____/

## WITHDRAWAL OF
## MOTION TO COMPEL PRODUCTION DEBTORS'
## 2008 FEDERAL TAX DOCUMENTS

    NOW COMES Creditor, PARAMOUNT BANK , by and through its attorneys,

HOLZMAN RITTER & CORKERY, PLLC, and hereby withdraws its Motion to Compel

Production of Debtors' 2008 Federal Tax Documents filed on August 17,2 009, in the above

matter.

Dated: August 21, 2009

                                                    Respectfully submitted,

                                                    HOLZMAN RITTER & CORKERY, PLLC

                                   By:    /S/ TAMARA A. WHITE (P57276)
                                                    Attorney for Creditor
                                                    bankruptcy@holzmanlaw.com
                                                    28366 Franklin Road
                                                    Southfield, MI  48034
                                                    (248) 352-4340

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:                                                Case No. 09-60234-PJS
                                                      Chapter 13
                                                      Hon. PHILLIP J. SHEFFERLY

    MARVIN E. PASHUKEWICH
                      Debtor.
_____/
TAMARA A. WHITE (P57276)
Attorney for Creditor
bankruptcy@holzmanlaw.com
28366 Franklin Road
Southfield, MI 48034
(248) 352-4340

JAMES C. WARR (P47001)
Attorney for Debtor
24500 Northwestern Hwy Ste.205
Southfield, MI 48075
248/357-5860
_____/

**PROOF OF SERVICE**

Katie G. Hyden, hereby certifies that on August 24, 2009, she filed the following documents via ECF:

    **Withdrawal of Motion to Compel Production of Debtors' 2008 Federal Tax Documents**
    **Proof of Service**

Which served upon:

KRISPEN S. CARROLL, Trustee and JAMES C. WARR (P47001), Esq.

Via: First Class Mail

MARVIN E. PASHUKEWICH, 3942 Stark Lane, Ypsilanti MI 48197

Dated: 8/24/2009                /S/ Katie G. Hyden for
                                      Holzman Ritter & Corkery, PLLC
                                      bankruptcy@holzmanlaw.com
                                      28366 Franklin Road
                                      Southfield, MI 48034
                                      (248) 352-4340